**Opinion issued March 14, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00643-CV

————————————

**TERRY BUCHALA, Appellant**

**V.**

**AUSTIN COUNTY SHERIFF'S OFFICE AND ALL STAR WRECKER,
Appellees**

---

On Appeal from the County Court at Law
Austin County, Texas
Trial Court Case No. 17CV-5488

---

## MEMORANDUM OPINION

Appellant, Terry Buchala, has neither established indigence nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 37.3(b), 42.3(b). Accordingly, we

dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.